156 So.2d 223

**Bernice Wright JACKSON et al.**

**v.**

**Louella HAMPTON.**

No. 46844.

Sept. 26, 1963.

In re: Bernice Wright Jackson et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 153 So.2d 187.

The application is denied. The result reached in this case is correct.

HAWTHORNE and McCALEB, JJ., are of the view the writ should be granted.

156 So.2d 223

**UNITED STATES RUBBER COMPANY**

**v.**

**Mary BALL et al.**

No. 46836.

Sept. 26, 1963.

In re: Mary Ball et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 153 So.2d 203.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.